400 A.2d 614

Commonwealth ex rel. DeFazio v. DeFazio,
Appeal of DeFazio.

Argued December 4, 1978. John Barry Beemer, for appellant; John Dunn, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.

400 A.2d 614

Commonwealth ex rel. Dillon v. Dillon, Appellant.
Petition for Allowance of Appeal Denied May 17, 1979.

Argued December 5, 1978. Harold Diamond, for appellant; James J. Quinn, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.